LOCAL PROB 12C
(05/15)

# UNITED STATES DISTRICT COURT
## for
## Connecticut

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Luis Mendez                Docket Number: 0205 3:13CR00080-0015

Sentencing Judicial Officer: Honorable Michael P. Shea, U.S. District Judge

Date of Original Sentence: May 28, 2014

Original Offense: Conspiracy to Possess with Intent to Distribute Heroin, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846.

Original Sentence: 96 months' incarceration, followed by 48 months' supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: May 14, 2020

AUSA: Brian P. Leaming                Defense Attorney: Terence S. Ward

---

### PETITIONING THE COURT

☐ To issue a summons for a compliance review hearing
☐ To issue a summons for a violation hearing
☒ To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Charge # 1<br>Mandatory #1 | The defendant shall not commit another federal, state or local offense.<br><br>On October 13, 2020, Luis Mendez was arrested by officers of the Manchester Police Department and charged with: Home Invasion; Threatening 2nd Degree; Criminal Assault 1st Degree; Risk of Injury; Reckless Endangerment 1st and 2nd Degree; Criminal Mischief 2nd Degree; Disorderly Conduct and Carrying a Dangerous Weapon.<br><br>According to the arresting officer, Mr. Mendez attempted to enter the home of his ex girlfriend (victim). When she refused to let him in, Mr. Mendez broke the glass back door with a chair and entered the residence. The victim reported that Mr. Mendez followed her to her son's room, produced a knife and threatened to kill her and then himself after which Mr. Mendez lifted his shirt and stabbed himself several times. Officers arrived shortly thereafter, took custody of Mr. Mendez and transported him to the hospital. |
|---|---|
| Charge # 2<br>Mandatory #4 | The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance. |

|  |  |
|---|---|
|  | Mr. Mendez has submitted the following positive drug screens: August 19, 2020 for fentanyl and August 26, 2020, September 3, 2020, and September 21, 2020 for fentanyl and cocaine. |
| Charge # 3 Special | The defendant shall participate in a program approved by the U.S. Probation Office for inpatient or outpatient substance abuse treatment and testing. |
|  | Mr. Mendez's participation and attendance in treatment has been sporadic since his release to the community (May 14, 2020). |
|  | On October 9, 2020, the Probation Office confirmed Mr. Mendez was at the Intercommunity detox program with a scheduled discharge date of October 13, 2020. He was scheduled to recommence Suboxone treatment on the same date. |

U.S. Probation Officer Recommendations:
Given the nature of this arrest and noncompliance with treatment, the Probation Office respectfully recommends that a warrant be issued for Mr. Mendez to appear and show cause as to why his supervised release should not be modified or revoked.

I declare under penalty of perjury that the foregoing is true and correct.
Executed On _____ October 13, 2020 _____

_____
Abigail Mahar
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

☐ No Action

☐ The issuance of a summons for a compliance review hearing  Date: _____

☐ The issuance of a summons   Date: _____

☒ The issuance of a warrant

☐ Other

 

_____
Signature of Judicial Officer

October 13, 2020
_____
Date

| Submit by Email | Print | Save As... |